IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GIAO PHONG LE NGUYEN,

      Petitioner,

     v.                           Case No. 2:25-cv-01198 KWR-JMR

PAMELA BONDI, *Attorney General of the United States,*
KRISTI NOEM*, Secretary of the Department*
*of Homeland Security,* TODD M. LYONS, *Acting Director of*
*U.S. Immigration and Customs Enforcement*,
MARY DE ANDA-YBARRA, *Field Office Director*
*for Detention and Removal, and*
DORA CASTRO, *Warden of Otero County Processing Center*,

      Respondents.

## ORDER FOR STATUS REPORT

THIS MATTER comes before the Court upon *sua sponte*. The Court was unable to find Petitioner in the ICE detainee locator. The Court directs the parties to state whether Petitioner remains in ICE custody, or whether the detention issue in his Petition is moot. The Court directs the parties to file a status report within **five (5) days** of the entry of this order. Moreover, the parties **MUST** alert the Court **IMMEDIATELY** whether any decisions or changes in his immigration case will moot or affect the Court's ruling in this case. *See, e.g., Lorenzo v. Castro*, 2:25-cv-923 KWR/GJF (D.N.M.) (petitioner was removed on December 11, 2025 without notice to the court for more than a month, wasting judicial resources). The parties have an ongoing duty to file status reports when new information may affect this case.

      **IT IS SO ORDERED.**

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE